UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ROBBIE OELSCHLAGER, Individually, | ) | Case No. 4:18cv3040 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **CERTIFICATE OF MAILING** |
| vs. | ) | |
| | ) | |
| EAR, NOSE & THROAT SPECIALTIES, P.C., CHRIS A. CEDERBERG, M.D., | ) | |
| | ) | |
| Defendants. | ) | |

COMES NOW William L. Tannehill, an attorney of record for Defendants Ear, Nose & Throat Specialties, P.C., and Chris A. Cederberg, M.D., and hereby certifies that on the 17th day of September, 2018, he served **Defendants Ear, Nose & Throat Specialties, P.C., and Chris A. Cederberg, M.D.'s Requests for Production of Documents to Plaintiff, Set 3** along with a copy of this **Certificate of Mailing** by First-Class, United States Mail postage prepared to the following:

Jefferson Downing
Keating, O'Gara, Nedved & Peter, PC
530 South 13th Street, Suite 100
Lincoln, NE 68508
jd@keatinglaw.com
*(Attorney for Plaintiff)*

William A. Cirignani
Cirignani, Heller & Harman
150 S. Wacker Drive, Suite 2600
Chicago, IL 60606
wac@chhlaw.com
*(Attorney for Plaintiff)*

EAR, NOSE & THROAT SPECIALTIES, P.C.,
and CHRIS A. CEDERBERG, M.D.,
Defendants

By: s/ William L. Tannehill
William L. Tannehill - #16946
WOLFE, SNOWDEN, HURD,
LUERS & AHL
1248 "O" Street, Suite 800
Lincoln, Nebraska 68508-1474
TEL: (402) 474-1507
FAX: (402) 474-3170
wtannehill@wolfesnowden.com

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that he caused a true and correct copy of the foregoing **Certificate of Mailing** was served to the Clerk of the Court using the CM/ECF system on September 17, 2019, which sent notification of the filing as follows:

Jefferson Downing
Keating, O'Gara, Nedved & Peter, PC
530 South 13th Street, Suite 100
Lincoln, NE 68508
jd@keatinglaw.com
*(Attorney for Plaintiff)*

William A. Cirignani
Cirignani, Heller & Harman
150 S. Wacker Drive, Suite 2600
Chicago, IL 60606
wac@chhlaw.com
*(Attorney for Plaintiff)*

By: s/ William L. Tannehill
William L. Tannehill