UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ROBBIE OELSCHLAGER, Individually,<br><br>Plaintiff,<br><br>vs.<br><br>EAR, NOSE & THROAT SPECIALTIES, P.C., CHRIS A. CEDERBERG, M.D.,<br><br>Defendants. | ) ) ) ) ) ) ) ) ) ) | Case No. 4:18cv3040<br><br>**NOTICE OF INTENT TO SERVE RECORDS SUBPOENA** |

Come now Defendants, Ear Nose & Throat Specialties, P.C., and Chris A. Cederberg, M.D., and—pursuant to Federal Rule of Civil Procedure Rule 45—hereby give notice of their intent to issue a Subpoena *Duces Tecum* to Neal B. Deutch, Ph.D., Associates in Neuropsychology, requesting the following information:

> The complete file of Neal B. Deutch, PH.D. for Robbie Oelschlager (DOB 05/08/1962) including all records reviewed or relied on by Dr. Deutch regarding Robbie Oelschlager; patient-information sheets, new patient data forms, or other paperwork completed by or about Robbie Oelschlager; all raw data; all testing data, all handwritten notes; all technician notes; and all worksheets or test questionnaires.

Defendants will issue the Subpoena on or after September 27, 2019, and will command that documents be produced at the Overland Park Municipal Court on or before October 16, 2019 or, alternatively, be delivered to the office of the undersigned by mail, facsimile, or email on or before October 11, 2019. Upon receipt of said documents, the undersigned will make them available for inspection and copying by counsel for any other party.

Dated this 17th day of September, 2019

EAR, NOSE & THROAT SPECIALTIES, P.C., and CHRIS A. CEDERBERG, M.D., Defendants,

By: s/ William L. Tannehill
William L. Tannehill - #16946
Elizabeth Ryan Cano - #26180
WOLFE SNOWDEN HURD AHL
SITZMANN TANNEHILL & HAHN, LLP
1248 "O" Street, Suite 800
Lincoln, Nebraska 68508-1474
TEL: (402) 474-1507
FAX: (402) 474-3170
wtannehill@wolfesnowden.com
ecano@wolfesnowden.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that he caused a true and correct copy of the foregoing **Notice of Intent to Serve Records Subpoena** to be served by First-Class, United States Mail postage prepaid on September 17, 2019, on the following:

Jefferson Downing
Keating, O'Gara, Nedved & Peter, PC
530 South 13th Street, Suite 100
Lincoln, NE 68508
jd@keatinglaw.com
*(Attorney for Plaintiff)*

William A. Cirignani
Cirignani, Heller & Harman
150 S. Wacker Drive, Suite 2600
Chicago, IL 60606
wac@chhlaw.com
*(Attorney for Plaintiff)*

By: s/ William L. Tannehill
William L. Tannehill