UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ROBBIE OELSCHLAGER, Individually,<br><br>Plaintiff,<br><br>vs.<br><br>EAR, NOSE & THROAT SPECIALTIES, P.C., CHRIS A. CEDERBERG, M.D.,<br><br>Defendants. | ) | Case No. 4:18cv3040<br><br>**JOINT STIPULATION FOR PROTECTIVE ORDER** |

COME NOW the Parties, and hereby jointly move the Court to approve and sign the attached agreed-upon Protective Order related to production of certain documents in this litigation.

ROBBIE OELSCHLAGER, Individually,
Plaintiff,

BY: *s/ William A. Cirignani*
Jefferson Downing - #19280
KEATING, O'GARA, NEDVED & PETER, P.C., L.L.O.
530 South 13th Street, Suite 100
Lincoln, NE 68508
TEL: (402) 475-8230
jd@keatinglaw.com

William A. Cirignani
CIRIGNANI, HELLER & HARMAN
150 S. Wacker Drive, Suite 2600
Chicago, IL 60606
TEL: (312) 346-8700
wac@chhlaw.com

EAR, NOSE & THROAT SPECIALTIES, P.C., and CHRIS A. CEDERBERG, M.D.,
Defendants,

By: *s/ William L. Tannehill*
William L. Tannehill - #16946
Elizabeth Ryan Cano - #26180
WOLFE SNOWDEN HURD AHL SITZMANN TANNEHILL & HAHN
1248 "O" Street, Suite 800
Lincoln, Nebraska 68508-1424
TEL: (402) 474-1507
FAX: (402) 474-3170
wtannehill@wolfesnowden.com
ecano@wolfesnowden.com