IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ROBBIE OELSCHLAGER, Individually,<br><br>Plaintiff,<br><br>vs.<br><br>EAR, NOSE & THROAT SPECIALTIES, P.C., CHRIS A. CEDERBERG, M.D.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CASE NO.: 4:18-CV-3040<br><br>**DEFENDANTS' INDEX OF EVIDENCE** |

Defendants Ear, Nose & Throat Specialties, P.C., and Chris A Cederberg, M.D., submit the following Index of Evidence in support of their opposition to Plaintiff's Motion to Designate an Expert Witness Out of Time:

Exhibit 1: Affidavit of William L. Tannehill

EAR, NOSE & THROAT SPECIALTIES, P.C.,
and CHRIS A. CEDERBERG, M.D.,
Defendants

By: s/ William L. Tannehill

William L. Tannehill - #16946
WOLFE SNOWDEN HURD AHL
SITZMANN TANNEHILL & HAHN
1248 "O" Street, Suite 800
Lincoln, Nebraska 68508-1424
TEL: (402) 474-1507
FAX: (402) 474-3170
wtannehill@wolfesnowden.com

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that he caused a true and correct copy of the foregoing **Defendants' Index of Evidence** was served to the Clerk of the Court using the CM/ECF system on February 3, 2021, which sent notification of the filing as follows:

Jefferson Downing
Keating, O'Gara, Nedved & Peter, PC
530 South 13th Street, Suite 100
Lincoln, NE 68508
jd@keatinglaw.com
*(Attorney for Plaintiff)*

William A. Cirignani
Cirignani, Heller & Harman
150 S. Wacker Drive, Suite 2600
Chicago, IL 60606
wac@chhlaw.com
*(Attorney for Plaintiff)*

By: s/ William L. Tannehill
William L. Tannehill