IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

ROBBIE OELSCHLAGER, Individually, ) CASE NO.: 4:18-CV-3040
)
Plaintiff, )
)
vs. ) **AFFIDAVIT OF**
) **WILLIAM L. TANNEHILL**
EAR, NOSE & THROAT SPECIALTIES, )
P.C., CHRIS A. CEDERBERG, M.D., )
)
Defendants. )

STATE OF NEBRASKA )
)ss.
COUNTY OF LANCASTER )

COMES NOW Affiant, having been duly sworn, and testifies as follows:

1. I am counsel for the Defendants in this lawsuit.
2. I have personal knowledge of the facts contained herein.
3. When Plaintiff identified Kevin Welch, M.D., as an expert witness, Defendants expended significant time and resources doing due diligence to research this expert witness.
4. My decisions about what experts to select and what issues to have those experts focus on were directly shaped by Plaintiff's disclosure of Dr. Welch as Plaintiff's standard-of-care expert and Plaintiff's subsequent disclosure of Dr. Welch's opinions.
5. The specific opinions offered in the one-page report disclosed by Plaintiff on behalf of Dr. Welch have shaped Defendants' litigation strategy, and Defendants have expended significant time and resources on decisions that were shaped by Plaintiff's disclosure of these opinions.
6. I have had Defendants' experts review the opinions of Dr. Welch, and the work that these defense experts have done to date has been shaped by the disclosed opinions of Dr. Welch.

7. If Plaintiff is permitted to designate a new standard-of-care expert, Defendants will need to repeat this process and to reevaluate strategic decisions already made. Defendants will need additional discovery. This will result in additional expense to Defendants, will divert resources away from trial preparation, and will make it impossible for Defendants to comply with all remaining progression-order deadlines.

FURTHER AFFIANT SAYETH NOT.

William L. Tannehill

SUBSCRIBED AND SWORN TO before me, a notary public, on this 3rd day of February, 2021.

(seal) GENERAL NOTARY - State of Nebraska
SHELLEY E. STOPPEL
My Comm. Exp. February 28, 2023

Notary Public