UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ROBBIE OELSCHLAGER, Individually,<br><br>Plaintiff,<br><br>vs.<br><br>EAR, NOSE & THROAT SPECIALTIES, P.C., CHRIS A. CEDERBERG, M.D.,<br><br>Defendants. | ) | Case No. 4:18cv3040<br><br>**JOINT STIPULATION MOTION TO DISMISS WITH PREJUDICE** |

COME NOW the Plaintiff, Robbie Oelschlager and Defendant, Ear, Nose & Throat Specialties, PC and Chris A. Cederberg, M.D., by and through their attorneys, and stipulate and agree that this matter should be dismissed with prejudice, with each party to pay their own costs, complete record waived.

WHEREFORE, the parties pray that the Court enter an Order of Dismissal with prejudice, with each party to pay their own costs. The Court is respectfully requested to enter an Order in accordance with the terms of this Stipulation.

Dated this 18th day of February, 2021.

ROBBIE OELSCHLAGER, Plaintiff

By: *s/William A. Cirignani*
William A. Cirignani
CIGIGNANI, HELLER & HARMAN
150 S. Wacker Drive, Suite 2600
Chicago, IL 60606
(312) 346-8700
wac@chhlaw.com

And

Jefferson Downing
KEATING, O'GARA, NEDVED,
& PETER, P.C., L.L.O.
530 S. 13th Street, Suite 100
Lincoln, NE 68508
(402) 475-8230
jd@keatinglaw.com

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that he caused a true and correct copy of the foregoing **Joint Stipulation Motion to Dismiss With Prejudice** was served to the Clerk of the Court using the CM/ECF system on February 18, 2021, which sent notification of the filing as follows:

Jefferson Downing
Keating, O'Gara, Nedved & Peter, PC
530 South 13th Street, Suite 100
Lincoln, NE 68508
jd@keatinglaw.com
*(Attorney for Plaintiff)*

William A. Cirignani
Cirignani, Heller & Harman
150 S. Wacker Drive, Suite 2600
Chicago, IL 60606
wac@chhlaw.com
*(Attorney for Plaintiff)*

By: s/ William L. Tannehill
William L. Tannehill